# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| ~~Melisa Abigail Aguilar Centes~~ Saman Delafraz | ) Case No. 2:25-mj-~~05648~~ 05544-DUTY |
| _Defendant_ | ) |

*FILED CLERK, U.S. DISTRICT COURT SEP 17 2025 CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY*

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 9/17/25

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_____
Signature of Interpreter

CR-110 (06/12)                               Waiver of a Preliminary Hearing