*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

PACTS No: 10362363

| FILED |
| CLERK, U.S. DISTRICT COURT |
| 9/18/25 |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: MRV  DEPUTY |

**Passport Receipt**

Defendant Name: Delafraz, Saman
Name on passport, if different:
Country of Origin: USA

U.S. Probation & Pretrial Services Headquarter

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
Phone 213-894-4726 / Fax 213-894-0231

Ordered by the court in the Central District of California or
Docket Number: 2:25-05544M1

_Ryan Shelley_ _____
Surrendered By

9/17/25
Date

Susana Marrujo

09/17/2025

_____
Received By

_____
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

Purpose Returned
Address (if mailed)