Ryan Shelley
Deputy Federal Public Defender
321 E 2nd Street
Los Angeles, CA 90012
ryan_shelley@fd.org
213-894-2153

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Saman Delafraz DEFENDANT. | CASE NUMBER: 2:25-mj-05544-DUTY DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |
|---|---|

I, Saman Delafraz, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of September, 2025
at Los Angeles, California
*(City and State)*

_____
*Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____    _____
*Interpreter*

CR-37 (05/15)    DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS