# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-mj-05544-1 |
| v. | |
| SAMAN DELAFRAZ | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

[X] The Court hereby orders that the request of:

Saman Delafraz     [ ] Plaintiff  [X] Defendant  [ ] Other
*Name of Party*

[X] to substitute  Matthew Jacobs                                who is

[X] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [ ] Pro Se

5743 Corsa Avenue, Suite 208
*Street Address*

Westlake Village, CA 91362            matt@jacobslawfirm.com
*City, State, Zip*                     *E-Mail Address*

805-601-7504           805-379-1668           331916
*Telephone Number*      *Fax Number*            *State Bar Number*

as attorney of record instead of  Ryan Shelley, Deputy Federal Defender
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** [X] GRANTED  [ ] DENIED

[ ] The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

**is hereby** [ ] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  September 25, 2025

*Rozella A. Oliver* (signature)

~~U. S. District Judge~~/U.S. Magistrate Judge

G–01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY