# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STAES OF AMERICA

Plaintiff(s)

v.

BENJAMIN DANESHGAR

Defendant(s)

| CASE NUMBER |
| --- |
| 2:25-MJ-05544-2 |

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☒ The Court hereby orders that the request of:

Benjamin Daneshgar          ☐ Plaintiff  ☒ Defendant  ☐Other _____
*Name of Party*

☒ to substitute  Alaleh Kamran                                              who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

16130 Ventura Boulevard, Suite 320

*Street Address*          alalehkamran@alalehkamran.com

*City, State, Zip*          *E-Mail Address*

Encino, CA 91436          818-986-1400          158648

*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of  Jesus Alejandro Barrientos
                                   *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of

_List **all** attorneys from same firm or agency who are withdrawing._

to withdraw as attorney of record for

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge