BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendant
Benjamin Daneshgar

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN DANESHGAR, <br><br> Defendant. | Case No.  2:25-MJ-05544-DUTY-2 <br><br> **[PROPOSED] ORDER ON UNOPPOSED *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO SUBMIT PROPERTY BOND** |

//

//

//

1

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a property bond is GRANTED. The property bond must be filed by November 3, 2025.

Dated: _____

           Hon. Michael B. Kaufman
           United States Magistrate Judge

OR

GOOD CAUSE NOT HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a property bond is DENIED.

Dated: _____

           Hon. Michael B. Kaufman
           United States Magistrate Judge

2