UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.    2:25-mj-05544                                         Date: November 4, 2025

Present: The Honorable:   Michael B. Kaufman, United States Magistrate Judge

Interpreter    N/A

| J. Muñoz | CS | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Benjamin Daneshgar | | | | | | | |

**Proceedings: (IN CHAMBERS)**

    This Court ordered Defendant's release pending trial on September 17, 2025. Consistent with the parties' agreement, the Court conditioned Defendant's forthwith release on the posting of $250,000 appearance bond, supported by a $25,000 deposit and an affidavit of surety without justification by Yasmine Hosseini, to be replaced by $250,000 secured property bond posted by October 10, 2025. Dkt. 15. The Court subsequently granted Defendant a continuance to post the property bond by October 20, 2025. Dkt. 25.

    Defendant has submitted a bond packet with an affidavit of surety from Jim Danshgar, with the deeding of a property in Encino, California. The supporting documentation indicates that the property is owned by three parties in joint tenancy, the surety owns a 20% interest in the property, the property has been appraised at a value of approximately $1,200,000, and the property has a total amount of encumbrances of $400,000. The affidavit of surety is executed solely by Mr. Jim Daneshgar, not the two other owners of the property.

    Based on the information provided, the Court finds that the proposed property bond does not satisfy the Court's bond and release order. The joint tenancy appears to have $800,000 in equity in the property. The proposed surety's 20% share of the equity is $160,000, which is significantly less than $250,000 secured bond the Court ordered. The Court therefore denies Defendant's proposed bond package.

    This order is without prejudice to Defendant submitting a new bond package that includes adequate sureties to satisfy the Court's order or—if the Government stipulates that a lesser bond package is sufficient—a proposed modification of the Court's bond and release order. The Court grants Defendant an extension to **November 21, 2025** to submit a new bond package and/or proposed modification of the bond and release order.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES – GENERAL

**Initials of Deputy Clerk**  jm