1  BARRIENTOS PC
2  J. Alejandro Barrientos, SBN 346676
   Alejandro@bts.law
3  145 S. Fairfax Avenue, Suite 200-152
4  Los Angeles, CA 90036
   T. 626.551.4564
5  F. 626.427.6753
6
   Attorneys for Defendant
7  Benjamin Daneshgar

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No.  2:25-MJ-05544-DUTY-2 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON UNOPPOSED *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO SUBMIT PROPERTY BOND** |
| v. | |
| BENJAMIN DANESHGAR, | |
| Defendant. | |

//
//
//

1

1   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
2   Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a
3   property bond is GRANTED. The property bond must be filed by November 3, 2025.

5   Dated: 10/21/2025                    _____
                                          Hon. Michael B. Kaufman
                                          United States Magistrate Judge

8   OR
9   GOOD CAUSE NOT HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
10  Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a
11  property bond is DENIED.

13  Dated:                               _____
                                          Hon. Michael B. Kaufman
                                          United States Magistrate Judge

2